# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Astriane Neval Horton,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                              3:10-cv-204

D. Sampson,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 29, 2012 Order.

                                          Signed: February 29, 2012

*[Signature]*

Frank G. Johns, Clerk
United States District Court