# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Astriane Neval Horton,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                                3:10-cv-204

D. Sampson,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 29, 2012 Order.

    Signed: February 29, 2012

    Frank G. Johns, Clerk
    United States District Court